KAREN L. LOEFFLER
United States Attorney

STEVEN E. SKROCKI
STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | COUNTS 1-2: |
| | ) | FALSE IDENTIFICATION OF WILDLIFE |
| vs. | ) | Vio. of 16 U.S.C. §§ 3372(d)(2), |
| | ) | 3373(d)(1)(B) |
| WILLIS SCOTT MAXON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I N D I C T M E N T

INTRODUCTORY ALLEGATIONS

    1.    The Lacey Act, Title 16, United States Code, Section 3372(d)(4), makes it unlawful, among other things, to make any false record, account or label or any false identification of, any fish or wildlife which has been, or is intended to be transported in interstate commerce.

2. On or about October 23, 2009, WILLIS SCOTT MAXON, while at the Alaska Federation of Natives Convention, did falsely sell as "St. Mary's, Yukon River King Salmon"(*Oncorhynchus tshawytscha*) , and "Copper River King Salmon", dried and smoked salmon strips that were, in fact, strips of Chum salmon (*Oncorhynchus keta*).

3. From on or about December 9, 2009 and continuing up to January 2, 2010, the defendant WILLIS SCOTT MAXON did engage in negotiations to sell fifty (50) pounds of identified and claimed smoked Yukon River King salmon (*Oncorhynchus tshawytscha*) strips for a price of $1250.00.

4. On January 2, 2010, WILLIS SCOTT MAXON sent two boxes, via the U.S. Postal Service, containing fifty (50) pounds of smoked salmon strips and identified and labeled as "25 lbs Kings Class A" and "25 lb Kings", when, in truth and fact the two boxes contained Chum salmon (*Oncorhynchus keta*).

5. After the January 2, 2010 shipment, and continuing through on or about July 28, 2010, and continuing up to August 23, 2010, the defendant WILLIS SCOTT MAXON did engage in negotiations to sell forty-eight (48) pounds of smoked Yukon River King salmon (*Oncorhynchus tshawytscha*) strips for a price of $1347.00.

6. On August 23, 2010, the defendant WILLIS SCOTT MAXON sent two boxes, via the U.S. Postal Service, containing forty-eight (48) pounds of identified and claimed Yukon River King salmon (*Oncorhynchus tshawytscha*), when, in truth and fact, SCOTT WILLIS MAXON shipped two boxes containing Chum salmon (*Oncorhynchus keta* ).

The Grand Jury charges that:

## COUNT 1

On or about January 2, 2010, in the District of Alaska and elsewhere, the defendant, WILLIS SCOTT MAXON, did knowingly make a false identification, record, account, or label concerning the species of fish intended to be and transported in interstate commerce for sale, to wit, fifty pounds of smoked salmon strips, falsely identified, labeled and accounted for as "25 lbs, King salmon (*Oncorhynchus tshawytscha*), Class A" and "25 lbs Kings", which were sold for $1378.00, when in truth in fact the fifty pounds of King salmon, strips, (*Oncorhynchus tshawytscha*) were Chum salmon (*Oncorhynchus keta*) strips.

All of which is in violation of Title 16, United States Code, Section 3372(d)(2), and Title 16, United States Code, Section 3373(d)(1)(B).

## COUNT 2

From on or about January 2, 2010, and continuing up to on or about August 23, 2010, in the District of Alaska and elsewhere, the defendant, WILLIS MAXON, did knowingly make a false identification and account concerning the species of fish intended to be and transported in interstate commerce for sale, to wit, forty-eight (48) pounds of smoked salmon strips, falsely identified and accounted for as "King salmon," (*Oncorhynchus tshawytscha*) which were sold for $1347.00, when in truth in fact the forty-eight (48) pounds of "King salmon" (*Oncorhynchus tshawytscha*) strips were Chum salmon (*Oncorhynchus keta*) strips.

All of which is in violation of Title 16 United States Code, Sections 3372(d)(2), and 3373(d)(1)(B).

A TRUE BILL.

                                                                s/ Grand Jury Foreperson
                                                                GRAND JURY FOREPERSON

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov


s/ Steven E. Skrocki
STEPHEN COOPER
Assistant United States Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov


s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500


DATED:   Feb 15, 2011