# LIST OF EXHIBITS

---

Case No. 4:11-cr-00003-RRB       Magistrate Judge/Judge: **Ralph R. Beistline**

Title    USA
   vs.
       Willis Scott Maxon

Dates of Hearing/Trial: January 25, 2012 through January 27, 2012

Deputy Clerk/Recorder: Jody Evans

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephen Cooper | F. Richard Curtner |
|  |  |
|  |  |

-----------------------------------------------------------**EXHIBITS**-----------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 1/25/12 | disc-audio/video Stark/Sears AFN | A | X | 1/26/12 | store bought salmon jerky |
| 1-A | X | | transcript of audio of Exhibit 1 | B | X | 1/26/12 | store bought salmon jerky |
| 2 | X | 1/25/12 | photo of salmon collars AFN | C | X | 1/26/12 | W-10 debit card |
| 3 | X | 1/25/12 | note from Maxon AFN | | | | |
| 4 | X | 1/25/12 | 2009 ADFG comm fish values | | | | |
| 5 | X | 1/25/12 | 2010 ADFG comm fish values | | | | |
| 6 | X | 1/25/12 | disc-audio Lindell AFN | | | | |
| 6-A | X | | transcript of audio of Exhibit 6 | | | | |
| 7 | X | 1/25/12 | photo of purchased salmon AFN | | | | |
| 8 | X | 1/25/12 | disc audio Solis purchase call | | | | |

| Case No: 4:11-cr-00003-RRB | | | | Judge: Ralph R. Beistline | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 8-A | X | | transcript of exhibit 8, call 1 | | | | | |
| 8-B | X | | transcript of exhibit 8, call 2 | | | | | |
| 8-C | X | | transcript of exhibit 8, call 3 | | | | | |
| 8-D | X | | transcript of exhibit 8, call 4 | | | | | |
| 8-E | X | | transcript of exhibit 8, call 5 | | | | | |
| 8-F | X | | transcript of exhibit 8, call 6 | | | | | |
| 9 | X | 1/25/12 | receipts from Solis 1st purchase | | | | | |
| 10 | X | 1/25/12 | box from 1st Solis purchase | | | | | |
| 10-A | X | 1/25/12 | box from 1st Solis purchase | | | | | |
| 11 | X | 1/25/12 | photo from Solis purchase | | | | | |
| 11-A | X | 1/25/12 | photo from Solis purchase | | | | | |
| 11-B | X | 1/25/12 | photo from Solis purchase | | | | | |
| 11-C | X | 1/25/12 | photo from Solis purchase | | | | | |
| 11-D | X | 1/25/12 | photo from Solis purchase | | | | | |
| 11-E | X | 1/25/12 | photo from Solis purchase | | | | | |
| 11-F | X | 1/25/12 | photo from Solis purchase | | | | | |

| Case No: 4:11-cr-00003-RRB | | | | Judge: Ralph R. Beistline | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 11-G | X | 1/25/12 | photo from Solis purchase | | | | | |
| 11-H | X | 1/25/12 | photo from Solis purchase | | | | | |
| 12 | X | 1/26/12 | receipt form Solice 2nd purchase | | | | | |
| 13 | X | 1/26/12 | box from Solice 2nd purchase | | | | | |
| 13-A | X | 1/26/12 | box from Solice 2nd purchase | | | | | |
| 14 | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-A | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-B | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-C | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-D | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-E | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-F | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-G | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-H | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 14-I | X | 1/26/12 | photo from Solice 2nd purchase | | | | | |
| 15 | X | 1/26/12 | disc audio Marek WEIO purchase | | | | | |

| Case No: 4:11-cr-00003-RRB | | | Judge: Ralph R. Beistline | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 15-A | X | | transcript of exhibit 15 | | | | |
| 16 | X | 1/26/12 | photo of purchased salmon WEIO | | | | |
| 17 | X | 1/26/12 | scan of check WEIO purchase | | | | |
| 18 | X | 1/26/12 | check carbon WEIO purchase | | | | |
| 21 | X | 1/26/12 | disc video postal service/Hoffman | | | | |
| 22 | X | 1/26/12 | postal service Hoffman documents | | | | |
| 23 | X | 1/26/12 | photo from postal video | | | | |
| 24 | X | 1/26/12 | copy of C.O.D. label | | | | |
| 25 | X | 1/26/12 | Snug Harbor bill of landing 7/12/08 | | | | |
| 26 | X | 1/26/12 | Movers Inc bill of landing 7/22/07 | | | | |
| 27 | X | 1/26/12 | AK Air waybill 8/3/10 | | | | |
| 28 | X | 1/26/12 | Copper River invoice 9/9/08 | | | | |
| 29 | X | 1/26/12 | Copper River invoice 8/23/08 | | | | |

(Rev 1/12)                               Continuation
                                    List of Exhibits

Page:      5

| Case No: 4:11-cr4-00003-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 30 | X | 1/26/12 | Snug Harbor invoice 7/28/08 | | | | |
| 31 | X | 1/26/12 | Movers Inc bill of lading 7/28/08 | | | | |
| 32 | X | 1/26/12 | AK Air waybill 7/11/10 | | | | |
| 33 | X | 1/26/12 | AK Air waybill 8/3/10 | | | | |
| 34 | X | 1/26/12 | Prime Select invoices 7/11/11, 8/3/10 | | | | |
| 35 | X | 1/26/12 | Copper River invoices 8/23/08, 9/9/08, 7/30/09 | | | | |
| 36 | X | 1/26/12 | Snug Harbor invoice 7/8/07, 7/20/07, 7/12/08, 7/28/08 | | | | |
| 37 | X | 1/26/12 | lab results summary | | | | |
| 38 | X | 1/26/12 | photo | | | | |
| 38-A | X | 1/26/12 | photo | | | | |
| 38-B | X | 1/26/12 | photo | | | | |
| 38-C | X | 1/26/12 | photo | | | | |
| 38-D | X | 1/26/12 | photo | | | | |
| 38-E | X | 1/26/12 | photo | | | | |
| 38-F | X | 1/26/12 | photo | | | | |
| 38-G | X | 1/26/12 | photo | | | | |

| Case No: 4:11-cr-00003-RRB | | | Judge: Ralph R. Beistline | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 38-H | X | 1/26/12 | photo | | | | |
| 38-I | X | 1/26/12 | photo | | | | |
| 38-J | X | 1/26/12 | photo | | | | |
| 38-K | X | 1/26/12 | photo | | | | |
| 39 | X | 1/26/12 | audio interview w/ W-10 | | | | |
| 40 | X | 1/27/12 | audio disc | | | | |
| 40-A | X | | transcript of exhibit 40 | | | | |
| 40-B | X | | transcript of exhibit 40 | | | | |